**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| QUIRKY, INC. and BEN KAUFMAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVISON DESIGN & DEVELOPMENT, INC.<br><br>　　　　Defendant. | CIVIL ACTION NO.: 2:12-cv-00262-JFC |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Eliza K. Hall of K&L Gates LLP as counsel for Defendant, Davison Design & Development, Inc. in the above captioned matter.

Dated:  April 3, 2012                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Eliza K. Hall
　　　　　　　　　　　　　　　　　　　　Eliza K. Hall PA I.D. No. 205508
　　　　　　　　　　　　　　　　　　　　eliza.hall@klgates.com
　　　　　　　　　　　　　　　　　　　　K&L GATES LLP
　　　　　　　　　　　　　　　　　　　　K&L Gates Center
　　　　　　　　　　　　　　　　　　　　210 Sixth Avenue
　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15222
　　　　　　　　　　　　　　　　　　　　Tel: (412) 355-6500
　　　　　　　　　　　　　　　　　　　　Fax: (412) 355-6501

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Davison Design & Development, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2012 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Eliza K. Hall