IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

QUIRKY, INC. and BEN KAUFMAN,

    Plaintiffs,

  -against-

DAVISON DESIGN & DEVELOPMENT, INC.,

    Defendant.

---

Civil Action No. 12-cv-00262

Honorable Joy Flowers Conti

## ORDER

AND NOW, this <u>16th</u> day of <u>May</u> 2012, upon consideration of the Consented to Motion for Extension of Time, said Motion is hereby GRANTED. Plaintiffs are granted leave to file their response to the Motion to Dismiss until June 14, 2012.

            BY THE COURT,

            /s/ Joy Flowers Conti
            Honorable Joy Flowers Conti

{J1651332.1}