IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUIRKY, INC.** *and* **BEN KAUFMAN,** | ) | CIVIL ACTION NO. 12-262 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOY FLOWERS CONTI |
| | ) | |
| v. | ) | |
| | ) | |
| **DAVISON DESIGN & DEVELOPMENT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this 17th day of May, 2012, the following deadlines are set for the above-captioned matter:

### 1.  **Rule 26(f) Conference**

Pursuant to Rule 26(f), the parties must confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case and to make or arrange for the disclosures required by Rule 26(a)(1) on or before **June 8, 2012**.  Plaintiff shall initiate this conference, however, the Court will hold all parties responsible for ensuring that this conference is held in a timely manner.

### 2.  **Rule 26(f) Report and Stipulation Selecting ADR Process**

The parties shall confer as necessary and file with the Clerk of Court within fourteen (14) days after the Rule 26(f) Conference.  The Rule 26(f) Report

http://www.pawd.uscourts.gov/Documents/Forms/26f_Report_of_the_parties.pdf

and Stipulation Selecting ADR Process

http://www.pawd.uscourts.gov/Applications/pawd_adr/Documents/attrny/STIPULATION%20SELECTING%20ADR%20PROCESS.pdf

shall be filed no later than **June 22, 2012**.

       3.    **Initial Rule 16 Scheduling Conference**

An Initial Rule 16 Scheduling Conference is scheduled at **4:30 PM** on **August 27, 2012.**  All counsel and unrepresented parties shall bring their calendars to the conference for scheduling purposes.  The parties should be prepared to discuss settlement, the designation of an Alternative Dispute Resolution process and any other matter that will contribute to the prompt disposition of the case.  The parties shall be prepared to address and argue all pending motions at the scheduling conference.  Any party filing a motion prior to the scheduling conference to which a response is required but not filed shall file a motion for a continuance of the scheduling conference until the response is due.

**THE PARTIES ARE HEREBY NOTIFIED THAT ANY IDENTIFIED NEUTRAL (COURT APPROVED OR PRIVATE) IS REQUIRED TO BECOME A REGISTERED USER OF THE ELECTRONIC CASE FILING SYSTEM IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA.  COUNSEL SHALL SO NOTIFY THEIR AGREED UPON NEUTRAL AND REFER THEM TO THE COURT'S WEBSITE AT WWW.PAWD.USCOURTS.GOV FOR USER REGISTRATION FORMS.  COUNSEL SHALL CONFIRM TO THE COURT AT THE INITIAL CASE MANAGEMENT CONFERENCE THAT THE SELECTED NEUTRAL HAS COMPLETED THIS PROCESS.**

BY THE COURT:

<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
United States District Judge