

**ECKERT
SEAMANS**
ATTORNEYS AT LAW

Mark A. Willard
412.566.6171
mwillard@eckertseamans.com

August 22, 2012

<u>*VIA REGULAR US & FACSIMILE AND 412-208-7337*</u>

The Honorable Joy Flowers Conti
Judge for the United States District Court
for the Western District Of Pennsylvania
Courtroom 5A
United States Courthouse
Seventh Street and Grant Street
Pittsburgh, PA 15219

   Re: Quirky, Inc., et al. v. Davison Design and Development, Inc.
     No. 2:12-CV-00262-JFC

Dear Judge Conti:

By Order entered August 14, 2012 the Court reset a case management conference for September 18, 2012 at 4:45 p.m. Lead counsel for Plaintiff, Quirky, Inc. is scheduled to be in California taking depositions during the period from September 12-21, 2012 and is unable to attend the case manage conference as scheduled.

Counsel for the parties have conferred on dates of their mutual availability for the case management conference and respectfully request that the case management conference be rescheduled for any time on September 25, 28 or for the afternoon of September 27.

Respectfully,

*[signature]*

Mark A. Willard

MAW/dmk

cc: Eric J. Shimanoff, Esq.
   James R. Kyper, Esq.

{J1676607.1}