IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUIRKY, INC. and BEN KAUFMAN, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION NO.: 2:12-cv-00262-JFC<br>) |
| v. | )<br>) JUDGE JOY FLOWERS CONTI |
| DAVISON DESIGN & DEVELOPMENT, INC. | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL BY DEFENDANT DAVISON DESIGN & DEVELOPMENT, INC.

Please take notice that defendant Davison Design & Development, Inc. hereby substitutes the law firms of Newman Du Wors LLP and Meyer, Unkovic & Scott LLP in place of K&L Gates LLP as its counsel of record in this action. All pleadings, orders, and notices should henceforth be served on:

| | |
|---|---|
| John Du Wors<br>Derek Linke<br>Newman Du Wors LLP<br>1201 Third Avenue, Suite 1600<br>Seattle, WA<br>Telephone:     (206) 274-2800<br>Facsimile:      (206) 274-2801<br>john@newmanlaw.com<br>linke@newmanlaw.com | Ryan James<br>David G. Oberdick<br>Meyer, Unkovic & Scott LLP<br>535 Smithfield Street, Suite 1300<br>Pittsburgh, PA  15222-2315<br>Telephone:     (412) 456-2873<br>Facsimile:      (412) 456-3268<br>rj@muslaw.com<br>dgo@muslaw.com |

971112.1

Dated: September 28, 2012

                          Respectfully Submitted,

                          */s/Ryan James*
                          David G. Oberdick
                          Pa. I.D. # 47648
                          Ryan James
                          Pa. I.D. # 82799

                          Meyer, Unkovic & Scott LLP
                          535 Smithfield Street, Suite 1300
                          Pittsburgh, PA  15222-2315
                          Telephone:   (412) 456-2873
                          Facsimile:     (412) 456-3268
                          rj@muslaw.com
                          dgo@muslaw.com

                          John Du Wors
                          (*pro hac vice* to be filed)
                          Derek Linke
                          Newman Du Wors LLP
                          1201 Third Avenue, Suite 1600
                          Seattle, WA
                          Telephone:   (206) 274-2800
                          Facsimile:     (206) 274-2801
                          john@newmanlaw.com
                          linke@newmanlaw.com

                          Attorneys for Defendant
                          DAVISON DESIGN & DEVELOPMENT, INC.