## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

QUIRKY, INC. and BEN KAUFMAN,     )
                        )
       Plaintiffs,      )
                        )   Civil Action No.:  12-262
       v.              )
                        )   Judge Joy Flowers Conti
DAVISON DESIGN & DEVELOPMENT,   )
INC.,                         )
                        )
       Defendant.      )

## <u>MOTION TO WITHDRAW</u>

Pursuant to Local Rule 83.2(C)(4), the undersigned respectfully moves this Court for an Order permitting James R. Kyper, Eliza Hall and the firm of K&L Gates LLP, to withdraw as counsel of record for Defendant Davison Design & Development, Inc. ("Davison) in the above captioned proceeding.  The undersigned understands that Davison will hereafter be represented by:

John Du Wors          Ryan James
Derek Linke           David G. Oberdick
Newman Du Wors LLP     Meyer, Unkovic & Scott LLP
1201 Third Avenue, Suite 1600   535 Smithfield Street, Suite 1300
Seattle, WA           Pittsburgh, PA  15222-2315
Tel:  206-274-2800       Tel:  412-456-2873
Fax:  206-274-2801      Fax:  412-456-3268
john@newmanlaw.com     rj@muslaw.com
linke@newmanlaw.com    dgo@muslaw.com

who have entered their appearance today at Document 27.

Respectfully submitted,


 s/James R. Kyper
James R. Kyper  PA I.D. No. 23099
james.kyper@klgates.com
Eliza Hall  PA I.D. No. 205508
eliza.hall@klgates.com
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Tel: (412) 355-6500
Fax: (412) 355-6501

*Counsel for Defendant Davison Design & Development, Inc.*

Dated:  September 28, 2012

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

QUIRKY, INC. and BEN KAUFMAN,    )
    )
        Plaintiffs,    )    Civil Action No.:  12-262
    )
        v.    )    Judge Joy Flowers Conti
    )
DAVISON DESIGN & DEVELOPMENT,    )
INC.,    )
    )
        Defendant.    )

## <u>ORDER OF COURT</u>

AND NOW, this _____ day of October, 2012, upon due consideration of the

Motion to Withdraw, it is hereby ORDERED that the Motion to Withdraw is GRANTED.

James R. Kyper, Eliza Hall and the firm of K&L Gates LLP are withdrawn as counsel of

record for Defendant Davison Design & Development, Inc.


_____
Honorable Joy Fowers Conti
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify this 28th day of September, 2012 that a true and correct copy of the foregoing **MOTION TO WITHDRAW** was served on the following counsel of record:

**BY ECF:**

Mark A. Willard  PA I.D. No. 18103
Audrey K. Kwak  PA I.D. No. 200527
ECKERT, SEAMANS, CHERIN & MELLOTT LLC
600 Grant Street
44th Floor
Pittsburgh, Pennsylvania 15219

Eric J. Shimanoff (*pro hac vice*)
Cowan Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY  10036-6799

**BY EMAIL & FIRST CLASS MAIL:**

John Du Wors
Derek Linke
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA

Ryan James
David G. Oberdick
Meyer, Unkovic & Scott LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA  15222-2315

/s/ James R. Kyper_____
James R. Kyper