IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUIRKY, INC. and BEN KAUFMAN,<br><br>  Plaintiffs,<br><br>v.<br><br>DAVISON DESIGN & DEVELOPMENT, INC.,<br><br>  Defendant. | Case No. 2:12-cv-00262-JFC |

## NOTICE OF MEDIATION

OF COUNSEL:

| | |
|---|---|
| John Du Wors<br>Derek Linke<br>NEWMAN DU WORS LLP<br>1201 Third Avenue, Suite 1600<br>Seattle, WA 98101<br>Telephone:   (206) 274-2800<br>Telecopier:   (206) 274-2801<br>john@newmanlaw.com<br>linke@newmanlaw.com | Ryan James<br>MEYER, UNKOVIC & SCOTT, LLP<br>535 Smithfield Street, Suite 1300<br>Pittsburgh, PA  15222-2315<br>Telephone:   (412) 456-2873<br>Telecopier:   (412) 456-3268<br>rj@muslaw.com<br><br>*Attorneys for Defendant Davison Design & Development, Inc.* |

Dated: November 8, 2012

TO: The Court

AND TO: All parties and their counsel of record

Defendant Davison Design & Development, Inc., pursuant to the Court's September 28, 2012 Order Referring Case to Alternative Dispute Resolution (Dkt. No. 29), hereby files electronic notice of the time, date, and location of the parties' mediation:

| | |
|---|---|
| **Mediator:** | Gene A. Tabachnick |
| **Time:** | 11:00 a.m. EST |
| **Date:** | November 12, 2012 |
| **Place:** | Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA  15222–2716 |

Respectfully submitted,

OF COUNSEL: NEWMAN DU WORS, LLP

By: s/ Derek Linke
John Du Wors (*pro hac vice*)
Derek Linke (*pro hac vice*)
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:   (206) 274-2800
Telecopier:   (206) 274-2801
john@newmanlaw.com
linke@newmanlaw.com

Ryan James, P.A. I.D. 82799
MEYER, UNKOVIC & SCOTT LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA  15222-2315
Telephone:   (412) 456-2873
Telecopier:   (412) 456-3268
rj@muslaw.com

Dated: November 8, 2012      *Attorneys for Defendant Davison Design & Development, Inc.*

1